# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

**IN RE:   BARBARA JEAN SCOTT**                     **CHAPTER 13**
                                                    **CASE NO. 16-50269**

## SPECIAL NOTICE TO SECURED CREDITOR

**TO:** Augusta Health Care, Inc.
Registered Agent/Registered Office
John W Sills III
Timberlake Smith ER AL 25 N Central Ave
PO Box 109
Staunton, VA 24402

Description of Collateral: 70 Breezewood Drive

1.) The attached Chapter 13 plan filed by the Debtor(s) proposes (check one):

__X___ To value your collateral. **See Section 3 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

_____ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 7 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.) **You should read the attached plan carefully for the details of how your claim is treated.** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the Debtor(s), their attorney, and the Chapter 13 Trustee.

Date Objection Due: <u>May 23, 2016</u>
Date & Time of Confirmation Hearing:   <u>June 1, 2016, at 10:00 a.m.</u>
Place of Confirmation Hearing:<u>Courtroom, 3rd Flr, US Courthouse, 116 N. Main St., Harrisonburg, VA 22802</u>

<u>/s/ David Wright</u>
Counsel for the Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501
(434) 845-2600
(434) 845-0727fax
dave@coxlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by:

___X___    First class mail in conformity with the requirements of Rule 7004(b), Fed. R. Bankr.P; or

_____    Certified mail in conformity with the requirements of Rule 7004(h), Fed. R. Bankr. P;
on this March 24, 2016.

<u>/s/ David Wright</u>
Counsel for Debtor(s)